Kevin Lewis / AZ6665
Name and Prisoner/Booking Number

California State prison Sacramento
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, CA 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

May 18, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kevin Lewis JR,
(Full Name of Plaintiff)      Plaintiff,

v.

(1) Alan Quinto
(Full Name of Defendant)
(2) Bobby Gilbert
(3) Shannon Brown
(4) John Hernandez
                              Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-837-EFB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: North Kern State prison

B. DEFENDANTS

1. Name of first Defendant: **Alan Quinto**. The first Defendant is employed as: **Sergant (officer)** (Position and Title) at **North Kern State prison** (Institution)

2. Name of second Defendant: **Bobby Gilbert**. The second Defendant is employed as: **Correctional officer** (Position and Title) at **North Kern State prison** (Institution)

3. Name of third Defendant: **Shannon Brown**. The third Defendant is employed as: **Correctional officer** (Position and Title) at **North Kern State prison** (Institution)

4. Name of fourth Defendant: **John Hernandez**. The fourth Defendant is employed as: **Correctional officer** (Position and Title) at **North Kern State prison** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    b. Second prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c. Third prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: In violation of the 6th Amendment cruel & unusual punishment clause of the cal const Art 1 §17

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 9-24-21 A correctional officer Defendant A. Quinto at north kern state prison violated the cruel & unusual punishment clause specifically my rights was violated by the defendant who physically assulted me and failed to protect me from further attack. most importantly this correctional officer was aware that I was at risk of harm by other defendants correctional officer A. Quinto while performing his duties as mental health crisis bed sergant I noticed he was not following protocol when I heard him state lets go in and fuck him up so the defendant opened my door and came in with the other defendants and assulted me when officer Quinto grabbed my head and began to thrash my head until my tooth came out

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was injured intentionally by defendant A. Quinto. The foreseeable harm and the duty of the officers to protect and keep me safe from attackers I sustained a knocked out front right tooth

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I submitted a grievance.

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: In violation of the 8th Amendment cruel & unusual punishment clause of CA const ART 1.5517

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-24-21 at north kern state prison at mental health crisis bed unit officer B. Gilbert was responding to a false hanging B. Gilbert came to my door opened my tray slot and sprayed a 30 second burst of OC pepper spray in my cell without probable cause then as other defendants opened my door the defendant came in my cell and began beating me with his baton and kicking me in the head ribs, and shoulders, As I lay on the floor semi conscious As other defendants continued to kick and assult me the defendant B. Gilbert firmly stated this is were you are going to die I believe without citing legal authority or argument negligence duty of the foreseeable harm that took place in front of all named Defendants acted with deliberate indifference to my safety needs a violation of the cruel & unusual punishment clause of the cal. const ART. 1.5517

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   while aware of my risk of harm the defendant officer B. Gilbert kicks me in the head, shoulders, and ribs caused serious bodily injury

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I submitted a grievance

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Cruel and unusual punishment of 8 Amendment of the CAL constitutional ART 1 SS17

2. **Claim III.** Identify the issue involved. Check **only** one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 2-24-21 at north kern state prison mental health crisis bed unit Shannon Brow and john hernandez as They were working as first responding officers J. Hernandez was responsible for carrying the protective shield while S. Brown was responsible for getting me out my safety cell in a safe manner but instead both named defendants came in my cell to cause serious bodily harm in which they use excessive force especially kicking and punching me in which they grabbed me so the other defendants can cause foreseeable harm in which I lost my front tooth (right) as all defendants acted with deliberate indifference to my safety needs a violation of The cruel & unusual punishment clause of The CAL. Const ART 1 SS17

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   officer J. hernandez & S. Brown punched me in the face causing Serious bodily injury That the defendants failed their duty to protect prisoners from further Attack

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
On my original Complaint I'm seeking money damages in the amount of 1,500,000 for punitive damages in the amount of 2,500,000 for the wrongful conduct and set example for other

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-10-22
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6